IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| OLATUNJI LINDSEY, | § § § | |
| Plaintiff, | § § | Civil Action No. C-05-571 |
| v. | § § | |
| ONE SOURCE, | § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to this Court's Order Granting Defendant OneSource's Motion for Summary Judgment (D.E. 22), the Court hereby enters final judgment against Plaintiff Olatunji Lindsey in the above-styled action. Plaintiff's action is hereby DISMISSED with prejudice.

SIGNED and ENTERED this 20th day of November, 2006.

_____
Janis Graham Jack
United States District Judge